⹁AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
MAR 3 0 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA[L]
BY ___ ʟᴏ́ᴜ

# UNITED STATES DISTRICT COURT

__SOUTHERN__    District of    __CALIFORNIA__

UNITED STATES OF AMERICA
V.
ERNESTO ESTRADA-RAMOS (1)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 05CR0879-GT

NATHAN FENEIS, FED. DEFENDERS, INC.
Defendant's Attorney

**REGISTRATION No.** 87990198

THE DEFENDANT:
[x] admitted guilt to violation of allegation(s) No.  1 AND 2
[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense |
| 2 | Illegal entry into United States |

___Supervised Release___ is revoked and the defendant is sentenced as provided in pages 2 through ___2___ of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

MARCH 30, 2011
Date of Imposition of Sentence

_(signature)_
HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

05CR0879-GT

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT: ERNESTO ESTRADA-RAMOS (1)      Judgment — Page  2  of  2
CASE NUMBER: 05CR0879-GT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWELVE (12) MONTHS CONSECUTIVE TO ANY OTHER SENTENCE NOW BEING SERVED.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

05CR0879-GT